

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Francis Martin

Vs. No. 11-24-00067-CR

The State of Texas,

\* From the 39th District Court
of Haskell County,
Trial Court No. 7199.

\* July 18, 2024

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to delete the $180 in restitution that was assessed against Appellant. As modified, we affirm the judgment of the trial court.